# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Doe,<br><br>      Plaintiff(s),<br><br>v.<br><br>Clark County School District, et al.,<br><br>      Defendant(s). | Case No. 2:25-cv-01200-APG-NJK<br><br>**Order**<br><br>[Docket No. 2] |

Pending before the Court is Plaintiff's motion to allow himself and his parents to appear using pseudonyms. Docket No. 2. Defendants filed a response in partial opposition. Docket No. 17. Plaintiff filed a reply. Docket No. 18.

At this stage, there is no dispute that Plaintiff's parents will appear in the case using their full names. Docket No. 18 at 4. As to Plaintiff himself, the reply recognizes Defendants' contention that the use of initials (rather than a pseudonym) is warranted. *See* Docket No. 18 at 3. Moreover, the case law on which Plaintiff's motion is predicated explains that initials are commonly ordered rather than a pseudonym. *See Doe v. United Airlines, Inc.*, 2018 WL 3997258, at *2 & n.1 (D. Nev. Aug. 21, 2018). The reply does not argue in clear fashion, however, why the use of Plaintiff's initials would not suffice in the circumstances of this case.

Accordingly, Plaintiff must file, by September 24, 2025, a supplement of no more than five pages either agreeing to the use of his initials rather than a pseudonym or explaining with meaningful argument why proceeding with his initials is not warranted.

IT IS SO ORDERED.

Dated: September 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1