# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Doe,<br>    Plaintiff(s),<br>v.<br>Clark County School District, et al.,<br>    Defendant(s). | Case No. 2:25-cv-01200-APG-NJK<br>**Order**<br>[Docket No. 2] |

Pending before the Court is Plaintiff's motion to allow himself and his parents to appear using pseudonyms. Docket No. 2. Defendants filed a response in partial opposition. Docket No. 17. Plaintiff filed a reply. Docket No. 18. In accordance with the Court's order, Docket No. 19, Plaintiff has filed a supplement, Docket No. 20.

As the motion practice has evolved, there is no dispute that Plaintiff's parents will appear using their full names. Docket No. 18 at 4. Moreover, the parties are in agreement that Plaintiff himself should appear through the use of initials. *See* Docket No. 20 at 2; *see also* Docket No. 17 at 2. The Court agrees that the use of initials for Plaintiff is appropriate. *See, e.g.*, *Doe v. United Airlines, Inc.*, 2018 WL 3997258, at *2 & n.1 (D. Nev. Aug. 21, 2018).

Accordingly, the motion to appear by pseudonyms is **DENIED**, except that Plaintiff himself may appear through the use of initials. Plaintiff must file an amended complaint by October 1, 2025. The amended complaint must identify Plaintiff by his initials and must identify Plaintiff's parents by their full names. The amended complaint must make no other changes.

IT IS SO ORDERED.

Dated: September 25, 2025

                                                    Nancy J. Koppe
United States Magistrate Judge