**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Z.N., by and through his natural parents and legal guardians, SHANNEL GARY and PHILLIP NELSON, | Case No.: 2:25-cv-01200-APG-NJK |
| Plaintiff | **Order Approving Settlement** |
| | [ECF No. 32] |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MELISSA DOMINGUEZ, individually and in her official capacity, | |
| Defendants | |

Plaintiff Z.N., a minor, filed a petition to approve his settlement with the defendants. ECF No. 32.  No opposition has been filed and the time to do so has passed.  The petition is supported by good cause.

I THEREFORE ORDER that the plaintiff's petition (ECF No. 32) is granted.  I approve the settlement in the amount of $9,000.00, to be paid by defendants Clark County School District and Melissa Dominguez, and the waived contingency attorney fee in the amount of $0.00.

I FURTHER ORDER the clerk of court to close this case.

DATED this 3rd day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE